# Court of Appeals
# of the State of Georgia

ATLANTA,  November 30, 2016

*The Court of Appeals hereby passes the following order:*

**A17A0612.  PAUL PENN, JR. v. PENNY MAC CORPORATION.**

In this dispossessory action brought by Penny Mac Corporation against Paul Penn, Jr., the magistrate court issued a writ of possession in favor of Penny Mac Corporation, and Penn filed a petition for a writ of certiorari in the superior court.  On August 22, 2016, the superior court issued an order dismissing Penn's petition.  Penn then filed this direct appeal on October 7, 2016.  We lack jurisdiction for two reasons.

First, Penn's appeal is untimely.  Generally, a notice of appeal must be filed within 30 days of entry of the decision or judgment sought to be appealed.  See OCGA § 5-6-38 (a).  The underlying subject matter of an appeal, however, controls over the relief sought in determining the proper appellate procedure.  See *Rebich v. Miles*, 264 Ga. 467, 467-468 (448 SE2d 192) (1994).  The underlying subject matter here is a dispossessory judgment.  Under OCGA § 44-7-56, an appeal from a dispossessory judgment must be filed within seven days of the date the judgment was entered.  See *Ray M. Wright, Inc. v. Jones*, 239 Ga. App. 521, 522-523 (521 SE2d 456) (1999).  Penn's appeal is untimely, as it was filed 46 days after the superior court's order was entered.

Second, Penn failed to file an application for discretionary appeal as required.  "[A]ppeals from decisions of the superior courts reviewing decisions of lower courts by certiorari or de novo proceedings shall be by application for discretionary appeal." *Bullock v. Sand*, 260 Ga. App. 874, 875 (581 SE2d 333) (2003) (punctuation omitted); see also OCGA § 5-6-35 (a) (1).

Accordingly, Penny Mac Corporation's motion to dismiss the appeal as untimely is hereby GRANTED, and this appeal is hereby DISMISSED.  However,

Penny Mac Corporation's motion for immediate transmittal of the remittitur upon rendition of judgment is hereby DENIED. Penny Mac Corporation included that motion within its motion to dismiss the appeal as untimely, in violation of Court of Appeals Rule 41 (b), which provides that all motions shall be filed as separate documents, and shall not be filed as joint, compound, or alternative motions.



*Court of Appeals of the State of Georgia*
    *Clerk's Office, Atlanta,   11/30/2016*
    *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
    *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

*Stephen E. Castlen* , *Clerk.*